7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Robert Lee McIntyre and Edna Christine McIntyre<br>**Debtor** | *Bankruptcy Case No.*<br>00−40569−drd7 |
| **Gary D. Barnes**<br>    Plaintiff(s) | *Adversary Case No.*<br>14−04119−drd |
| v. | |
| **Edna Christine McIntyre**<br>**Christy McIntyre**<br>**Frank McIntyre**<br>**Marcellus Lewis**<br>**Mike Watson**<br>**Maurice Watson**<br>**Marcus Watson**<br>    Defendant(s) | |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: As to Count I of the Complaint, that (i) the Pre−Petition Settlement Amount ($6,518.39) constitutes property of the bankruptcy estate; and (ii) the Trustee is entitled
to administer such funds on behalf of the bankruptcy estate. As to Count II of the Complaint, that (i) the Post−Petition Settlement Amount is
property of Defendant Edna; (ii) the Trustee is authorized to pay the Post−Petition
Settlement Amount to Defendant Edna; (iii) the Trustee is discharged from any and all
liability to the Defendants and their respective heirs, representatives, and assigns which
arise out of or result from any claim to the Post−Petition Settlement Amount; and (iv) for
such other and further relief as the Court deems just and proper. As to Count III of the Complaint, that (i) the Estates Share of any Potential
Subsequent Payments is property of this bankruptcy estate pursuant to 11 U.S.C. § 541;
(ii) any Potential Subsequent Payments shall be distributed as follows: 46.6% to the
bankruptcy estate and 53.4% to Defendant Edna; (iii) the Trustee is discharged from any
and all liability to defendants and their respective heirs, representatives, and assigns
which arise out of or result from any claim to the Potential Subsequent Payments; and
(iv) for such other and further relief the Court deems just and proper. As to Count IV of the Complaint, that (i) the Trustees attorneys fees and
expenses, as may be approved by this Court, shall be assessed against the Settlement
Amount and Potential Subsequent Payments in proportion to the parties interest in the
funds, 46.6% against to Estates interest and 53.4% against Defendant Ednas interest;
(ii) the Trustee is authorized to file a separate motion requesting said fees and expenses;
(iii) the Post−Petition Settlement Amount should not be distributed until a pro rata share of approved fees and expenses have been assessed against the Post−Petition Settlement
amount.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
Deputy Clerk

Date of issuance: 12/30/14

Court to serve